# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:24-cr-00035-ACR |
| v. | : | |
| | : | |
| **JAMES JONES,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Alicia Long, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:    */s/ Alicia Long*
Alicia Long
Assistant United States Attorney
DC Bar # 1659433
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-6889
alicia.long@usdoj.gov